Jason D. Brown
Carl P. Warring
Assistant Attorneys General
1116 W Riverside Avenue
Spokane, WA 99201
(509) 456-3123

HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM P. WERSCHLER, JR., M.D., and PAMELA JO SCHELL WERSCHLER, husband and wife; SPOKANE DERMATOLOGY CLINIC, P.S., a Washington professional services corporation; and PREMIER CLINIC RESEARCH, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, by and through the WASHINGTON STATE DEPARTMENT OF HEALTH; DWIGHT CORRELL and JANE DOE CORRELL, husband and wife, and JOHN/JANE DOES 1-5, individually,<br><br>Defendants. | NO. CV-11-213-LRS<br><br>STIPULATED JUDGMENT<br><br>**(Clerk's Action Required)** |

Judgment Summary (RCW 4.64.030):

Judgment Creditor(s):    WILLIAM P. WERSCHLER, JR., M.D. and
                                            PAMELA JO SCHELL WERSCHLER

STIPULATED JUDGMENT                        1

| | | |
|---|---|---|
| 1 | Judgment Creditor(s)' Attorney(s): | ROBERT A. DUNN |
| 2 | Judgment Debtor: | State of Washington |
| 3 | Judgment Amount: | $600,000.00 |
| 4 | Pre-Judgment Interest: | N/A |
| 5 | Post-Judgment Interest: | N/A |
| 6 | Taxable Costs and Attorney Fees: | N/A |

7  THIS MATTER having come on regularly before the undersigned judge
8  of the above-entitled Court; and the Plaintiffs, WILLIAM P. WERSCHLER,
9  JR., M.D. and PAMELA JO SCHELL WERSCHLER, acting by and through
10 ROBERT A. DUNN, and the Defendants, STATE OF WASHINGTON, and its
11 DEPARTMENT OF HEALTH, and DWIGHT CORRELL and JANE DOE
12 CORRELL, acting by and through Robert M. McKenna, Attorney General, and
13 JASON D. BROWN, Assistant Attorney General; and these parties having
14 made a stipulation pursuant to RCW 4.92.150, without any admissions of
15 liability, settling and compromising this action against the defendants and
16 allowing for dismissal of this action with prejudice against the Defendants, and
17 it appearing to the Court, after a review of the files and records herein and
18 statements of counsel in open court, that the sum of Six Hundred Thousand and
19 No/100 Dollars ($600,000.00) is a proper and just settlement to be paid by the
20 Defendant, State of Washington, to the Plaintiffs; and the Court being fully
21 advised, now, therefore,
22 /////

1    IT IS HEREBY ORDERED That the Plaintiffs WILLIAM P.
2    WERSCHLER, JR., M.D. and PAMELA JO SCHELL WERSCHLER shall
3    have judgment against the Defendant State of Washington for the total sum of
4    Six Hundred Thousand and No/100 Dollars ($600,000.00), inclusive of
5    reasonable fees and costs.  Additionally, any liens, subrogated interests, or
6    outstanding medical bills of which Plaintiffs' counsel has actual or constructive
7    notice prior to court approval of this settlement shall be resolved out of these
8    gross amounts, and defendants shall have no liability for any such liens, interest,
9    or bills.
10    IT IS FURTHER ORDERED, ADJUDGED AND DECREED That
11    neither party shall recover against any other party their respective fees, costs,
12    nor interest herein.
13    IT IS FURTHER ORDERED, ADJUDGED AND DECREED That,
14    pursuant to the provisions of RCW 4.92.160, the Defendant, State of
15    Washington, shall pay to the clerk of the above-entitled Court the sum of Six
16    Hundred Thousand and No/100 Dollars ($600,000.00) for the benefit of the
17    Plaintiffs herein and that upon receipt of said sum the clerk thereof shall
18    forthwith dismiss this case with prejudice, satisfy the judgment against the State
19    of Washington and shall hold such sum subject to the further order of this
20    Court.
21    /////
22    /////

1  DATED this _____ day of September, 2012.

2

3

4                                             JUDGE LONNY R. SUKO

5  Presented by:                              Approved as to Form and
                                               Notice of Presentation Waived:
6  ROBERT M. MCKENNA
   Attorney General                           DUNN & BLACK
7

8

9   s/Jason D. Brown                           See following page
   JASON D. BROWN, WSBA #39366                ROBERT A. DUNN, WSBA #12089
10 CARL P. WARRING, WSBA                      Attorney for Plaintiffs
   #27164
11 Assistant Attorneys General
   Attorneys for Defendants State of
12 Washington, Washington State
   Department of Health, Dwight
13 Correll and Jane Doe Correll
   1116 West Riverside Avenue
14 Spokane, Washington 99201-1194
   Telephone: 509-456-3123
15 Fax: 509-458-3548
   JasonB@atg.wa.gov
16 CarlW@atg.wa.gov
17

18

19

20

21

22

STIPULATED JUDGMENT         4        ATTORNEY GENERAL OF WASHINGTON
                                        West 1116 Riverside Avenue
                                        Spokane, WA 99201-1194
                                             (509) 456-3123

| | |
|---|---|
| 1 | DATED this __11th__ day of September, 2012. |

*s/Lonny R. Suko*
_____
JUDGE LONNY R. SUKO

Presented by:

ROBERT M. MCKENNA
Attorney General

Approved as to Form and
Notice of Presentation Waived:

DUNN & BLACK

_____
JASON D. BROWN, WSBA #39366
CARL P. WARRING, WSBA #27164
Assistant Attorneys General
Attorneys for Defendants State of Washington, Washington State Department of Health, Dwight Correll and Jane Doe Correll
1116 West Riverside Avenue
Spokane, Washington 99201-1194
Telephone: 509-456-3123
Fax: 509-458-3548
JasonB@atg.wa.gov
CarlW@atg.wa.gov

_____
ROBERT A. DUNN, WSBA #12089
Attorney for Plaintiffs

STIPULATED JUDGMENT

4a

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123