UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM P. WERSCHLER, JR., M.D., and PAMELA JO SCHELL WERSCLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, by and through the WASHINGTON STATE DEPARTMENT OF HEALTH, et al.,<br><br>Defendants. | No. CV-11-213-LRS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' "Stipulated Judgment" (ECF No. 22), the Defendant State of Washington has tendered to the District Executive four checks in the total sum of $600,000, two of them payable to Plaintiff William P. Werschler, Jr., M.D., and two of them payable to Plaintiff Pamela Jo Schell Werschler. Accordingly, the "Stipulated Judgment" is deemed **SATISFIED** and this captioned action is **DISMISSED** with prejudice. The District Executive shall make the checks available to counsel for Plaintiffs.

**IT IS SO ORDERED**. The District Executive shall enter this order and forward copies of the same to counsel of record. The file shall be **CLOSED**.

**DATED** this   28th   of September, 2012.

*s/Lonny R. Suko*
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL-**            **1**